# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MYLES RAMZEE,** | : | **CIVIL NO. 1:15-CV-2143** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **PA DOC,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 17th day of January, 2018, upon consideration of plaintiff's motion (Doc. 22) to alter or amend pursuant to Federal Rule of Civil Procedure 59(e), wherein HE seeks to alter the court's order entered on December 16, 2016, and it appearing that plaintiff's present motion filed on April 14, 2017 is patently untimely, see FED. R. CIV. P. 59(e) ("[a] motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment"), see also FED. R. CIV. P. 6(b)(2) ("[a] court must not extend the time to act under Rule[] . . . 59 . . . (e)"), it is hereby ORDERED that the motion (Doc. 22) pursuant to Federal Rule of Civil Procedure 59(e) is DENIED as untimely.

     /S/ CHRISTOPHER C. CONNER
     Christopher C. Conner, Chief Judge
     United States District Court
     Middle District of Pennsylvania